# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

In re:  Tears, Patrice G

§

§

Debtor

§

§

Case No.  12 B 01696

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/18/2012.

2) The plan was confirmed on 04/12/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 05/23/2012.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $7,089.50.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,837.50 |
| Less amount refunded to debtor | $262.50 |

**NET RECEIPTS:** $1,575.00

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,274.69 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $80.31 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,355.00

Attorney fees paid and disclosed by debtor        $350.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RAC Acceptance | Secured | $500.00 | $500.00 | $500.00 | $20.00 | $0 |
| Santander Consumer USA | Secured | $19,318.88 | $19,318.88 | $19,318.88 | $200.00 | $0 |
| Ace Cash Services | Unsecured | $354.00 | NA | NA | $0 | $0 |
| Advocate Medical Group | Unsecured | $83.00 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | NA | $1,285.41 | $1,285.41 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $724.87 | NA | NA | $0 | $0 |
| ASI Family First Insurance | Unsecured | $50.69 | NA | NA | $0 | $0 |
| Chase | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Collection Services Division | Unsecured | $7.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,206.00 | $1,212.01 | $1,212.01 | $0 | $0 |
| Credit Bureau Of Hutchinson Inc | Unsecured | $292.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $356.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $197.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $451.00 | NA | NA | $0 | $0 |
| Derek Allen | Unsecured | $1,825.00 | NA | NA | $0 | $0 |
| Devang Thakkar DDS | Unsecured | $120.17 | NA | NA | $0 | $0 |
| DeVry Institute of Technology | Unsecured | $1,500.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

### Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| East Side Lenders | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Endodontic & Periodontic Assoc | Unsecured | $122.00 | $121.94 | $121.94 | $0 | $0 |
| ERC | Unsecured | $555.73 | NA | NA | $0 | $0 |
| First Data Corp | Unsecured | $1,407.00 | NA | NA | $0 | $0 |
| First National Collection Bureau | Unsecured | $745.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $1,522.00 | NA | NA | $0 | $0 |
| Hinsdale Orthopedic Assoc. S.C | Unsecured | $3,000.00 | NA | NA | $0 | $0 |
| Homewood School District 153 | Unsecured | $200.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $793.88 | NA | NA | $0 | $0 |
| Illinois Bell Telephone Company | Unsecured | $197.00 | $386.87 | $386.87 | $0 | $0 |
| Illinois State Tollway | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Indiana Bell | Unsecured | $403.00 | $402.97 | $402.97 | $0 | $0 |
| Larry Kesselring | Unsecured | $772.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $745.00 | $767.04 | $767.04 | $0 | $0 |
| Midland Orthopedic Association | Unsecured | $15.00 | NA | NA | $0 | $0 |
| Northern Indiana Public Ser | Unsecured | NA | $168.73 | $168.73 | $0 | $0 |
| Payday Loan Store | Unsecured | $800.00 | $706.30 | $706.30 | $0 | $0 |
| Purdue University | Unsecured | $5,546.00 | $5,546.10 | $5,546.10 | $0 | $0 |
| RAC Acceptance | Unsecured | $1,179.75 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $219.38 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $20,202.00 | NA | NA | $0 | $0 |
| Salute Card | Unsecured | $672.00 | NA | NA | $0 | $0 |
| Santander Consumer USA | Unsecured | NA | $0 | $0 | $0 | $0 |
| Sprint Nextel | Unsecured | $793.00 | $793.88 | $793.88 | $0 | $0 |
| T-Mobile | Unsecured | $532.00 | NA | NA | $0 | $0 |
| Trust Rec Sv | Unsecured | $171.00 | NA | NA | $0 | $0 |
| United Recovery Services | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Valentine | Unsecured | $1,220.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $1,694.00 | $1,521.81 | $1,521.81 | $0 | $0 |
| Wells Fargo Financial Illinois Inc | Unsecured | NA | $6,858.52 | $6,858.52 | $0 | $0 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $19,318.88 | $200.00 | $0 |
| All Other Secured | $6,046.10 | $20.00 | $0 |
| **TOTAL SECURED:** | $25,364.98 | $220.00 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $14,225.48 | $0 | $0 |

### Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $1,355.00 | |
| Disbursements to Creditors | $220.00 | |
| **TOTAL DISBURSEMENTS:** | | $1,575.00 |

12)   The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date: August 23, 2012          By:  /s/ MARILYN O. MARSHALL

                                     Trustee


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.